IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                             4:08CR00215-01-BRW

ANTHONY CLARKS

ORDER

Defendant's Motion for Early Termination of Supervised Release (Doc. No. 49) is GRANTED.

IT IS SO ORDERED this 17th day of April, 2014.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

1